UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOSE SAUL MOLINA-GRANDE, | ) | |
| | ) | |
| Petitioner, | ) | No. 3:07-0985 |
| | ) | (Criminal Case |
| v. | ) | No. 3:06-00194) |
| | ) | Judge Echols |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

For the reasons stated in the Memorandum entered contemporaneously herewith, the Court hereby rules as follows:

(1) Petitioner Jose Saul Molina-Grande's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (Docket Entry No. 1), is hereby DENIED;

(2) Petitioner's "Pro se Motion Requesting Appointment of Counsel For Representation of 2255 Motion" (Docket Entry No. 2) is hereby DENIED; and

(3) This case is hereby DISMISSED WITH PREJUDICE.

Because Petitioner cannot demonstrate that reasonable jurists would find the Court's assessment of counsel's effectiveness debatable or wrong, or that jurists of reason would find it debatable whether the Court was correct in its conclusion that counsel was acting as an effective advocate, a Certificate of Appealability will not issue. See Slack v. McDaniel, 529 U.S. 473, 483-84 (2000).

IT IS SO ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE